UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FRANCISCO SILVA,

    Petitioner,

vs.

ROBERT LeGRAND, *et al.*,

    Respondents.
_____/

3:14-cv-00342-RCJ-WGC

**ORDER**

    In this habeas corpus action, the petitioner, Francisco Silva, filed a first amended petition for writ of habeas corpus on June 24, 2015 (ECF No. 19).

    In this order, the court sets a schedule for further proceedings in this action.

    **IT IS THEREFORE ORDERED** that, within 60 days after the entry of this order, respondents shall file an answer or other response to the second amended petition. Respondents shall, in their initial responsive pleading, whether it is a motion or an answer, raise all potential procedural defenses, including lack of exhaustion and procedural default.

    **IT IS FURTHER ORDERED** that, if respondents file an answer, petitioner shall have 45 days from the date on which the answer is served to file and serve a reply.

///

///

///

1 **IT IS FURTHER ORDERED** that, if respondents file a motion to dismiss, petitioner shall have 30 days to respond to the motion to dismiss, and respondents shall, thereafter, have 20 days to file a reply in support of the motion.

Dated this 25th day of June, 2015.

                                    _____
                                    UNITED STATES DISTRICT JUDGE