AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

FRANCISCO SILVA,

     Petitioner,

v.

RENEE BAKER, et al.,

     Respondent(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  3:14-cv-00342-RCJ-WGC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Amended Petition for Writ of Habeas Corpus (ECF No. 19) is **denied**.
    **IT IS FURTHER ORDERED** that Petitioner is denied a certificate of appealability.

July 27, 2017

**DEBRA K. KEMPI**
Clerk

 /s/ K. Rusin
Deputy Clerk